**David C. Moore, Esq. (State Bar No. 156114)**
**Caroline M. Park, Esq. (State Bar No. 334008)**
**COLLINS + COLLINS LLP**
**790 E. Colorado Boulevard, Suite 600**
**Pasadena, CA 91101**
**(626) 243-1100 – FAX (626) 243-1111**
**Email: dmoore@ccllp.law**
**Email: cpark@ccllp.law**

Attorneys for Defendants
CITY OF OXNARD, OFFICER LEAH CASTELLANO,
AND OFFICER KEVIN FESSLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA MOREHEAD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OXNARD, OXNARD POLICE DEPARTMENT; OFFICER LEAH CASTELLANO IN HER INDIVIDUAL AND OFFICIAL CAPACITY, OFFICER KEVIN FESSLER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 2:21-cv-07689-DOC-ADS<br>*[Assigned to Hon. David O. Carter – Courtroom 9D]*<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION**<br><br>Complaint Filed: 09/27/2021<br>Trial Date:        None |

**TO THE HONORABLE COURT AND PLAINTIFF IN PRO PER:**

Defendants CITY OF OXNARD; OFFICER LEAH CASTELLANO; and OFFICER KEVIN FESSLER (hereinafter "Defendants") are in receipt of Plaintiff KEISHA MOREHEAD ("Plaintiff")'s Request for Extension of time to file Plaintiff's

23562

1

**DEFENDANTS' RESP TO PLAINTIFF'S REQ FOR EXTENSION**

Discovery Plan Case Management Report, which was due on February 7, 2022, pursuant to the Court's Scheduling Order.

  Defendants do not oppose Plaintiff's Request for Extension as Defendants understand per Plaintiff's Request that Plaintiff seeks only an extension of the deadline to file Plaintiff's Discovery Plan Report, and not any other deadlines, including the deadline for initial disclosures to exchange documents and other materials related to this litigation that is set for February 22, 2022.

DATED:  February 8, 2022    COLLINS + COLLINS LLP

By: _____
CAROLINE M. PARK
DAVID C. MOORE
Attorneys for Defendants
CITY OF OXNARD, OFFICER LEAH CASTELLANO, AND OFFICER KEVIN FESSLER

*23562*

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,      )
                          ) ss.
County of Los Angeles.    )

    I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, California 91101.

    On this date, I served the foregoing document described as **DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on February 8, 2022 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_NELLY VERDUGO_

23562

**3**

**DEFENDANTS' RESP TO PLAINTIFF'S REQ FOR EXTENSION**

KEISHA RENEA MOREHEAD v. CITY OF OXNARD, et al.
Case Number: 2:21-cv-07689-DOC-ADS
CCLLP File Number: 23562

**SERVICE LIST**

Keisha Morehead
8540 S. Sepulveda Blvd. No. 1108
Los Angeles, CA 90045
drkmorehead@gmail.com
**PLAINTIFF IN PRO PER**