JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA MOREHEAD<br><br>          Plaintiff,<br><br>          v.<br><br>CITY OF OXNARD; OFFICER LEAH CASTELLANO IN HER INDIVIDUAL AND OFFICIAL CAPACITY, OFFICER KEVIN FESSLER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND DOES 1 THROUGH 10,<br><br>          Defendants. | Case No. 2:21-cv-07689-SPG (ADSx)<br><br>**JUDGMENT [ECF NO. 123]** |

    Pursuant to the Court's Order Granting Summary Judgment on Plaintiff's first through fifth causes of action, and dismissing without prejudice Plaintiff's seventh through eleventh causes of action,

//

//

//

**IT IS ORDERED AND ADJUDGED** that:

    (1) Judgement is entered in favor of Defendants City of Oxnard, Leah Castellano, and Kevin Fessler and against Plaintiff as to her first through fifth causes of action, and that these claims are dismissed on the merits and with prejudice; and

    (2) Plaintiff's seventh through eleventh causes of action are dismissed without prejudice to being brought in a court with jurisdiction.

The action is hereby dismissed.

Dated: May 15, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE